JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CALEB BINGHAM, | ) Case No. CV 14-03083 JGB (AN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARREN MONTGOMERY, | ) |
| Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 22 , 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE